UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| BOBBY KING ON BEHALF OF HIS MINOR SON BRAYLIN KING | CIVIL ACTION NO. 3:22-cv-00127-BAJ-SDJ |
| VERSUS | JUDGE BRIAN A. JACKSON |
| TRAVIS CLAY DEPEW, FRED ALLEN IN HIS CAPACITY AS CHIEF OF POLICE FOR THE JACKSON POLICE DEPARTMENT, JACKSON POLICE DEPARTMENT, AND THE TOWN OF JACKSON | MAGISTRATE JUDGE SCOTT D. JOHNSON |

## EXHIBITS TO UNOPPOSED MOTION FOR EXTENSION OF THE DISCOVERY PERIOD FOR A LIMITED PURPOSE AND FOR STATUS CONFERENCE

1. Town of Jackson's First Set of Interrogatories is attached as Exhibit A.

2. Town of Jackson's First Set of Requests for Production of Documents is attached as Exhibit B.

3. Bobby King's Response to the Town of Jackson's First Set of Interrogatories is attached as Exhibit C.

4. Bobby King's Response to the Town of Jackson's First Set of Requests for Production of Documents is attached as Exhibit D.

5. Correspondence between counsel for Defendants, Michael B. Victorian, and counsel for Plaintiffs, Ron Haley, regarding scheduling depositions is attached as Exhibit E.