UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| BOBBY KING ON BEHALF OF HIS MINOR SON BRAYLIN KING | CIVIL ACTION NO. 3:22-cv-00127-BAJ-SDJ<br>JUDGE BRIAN A. JACKSON |
| VERSUS | MAGISTRATE JUDGE SCOTT JOHNSON |
| OFFICER TRAVIS CLAY DEPEW FRED ALLEN, IN HIS CAPACITY AS CHIEFV OF POLICE FOR THE JACKSON POLIUCE DEPARTMENT, JACKSON POLICE DCEPARTMENT AND THIS TOWN OF JACKSON | |

## BOBBY KING'S RESPONSE TO PLAINTIFF'S FIRST SET OF INTERROGATORIES

**INTERROGATORY NO. 1:**

Please identify the person(s) answering these interrogatories and all persons assisting or providing information in preparing same.

**ANSWER NO. 1**

    Braylin King- Plaintiff.

    Donald Haley Jr- Attorney for Plaintiff

    Estacia Mills- Paralegal for Atty. Haley

**INTERROGATORY NO. 2:**

Please identify by name, address, and telephone number every person who may have knowledge of any facts or circumstances relating to any of the claims made by you in the captioned lawsuit and state what knowledge you believe each person may have.

**ANSWER NO. 2**

1. Braylin King
2. Braxton King
3. Timineisha Brooks
4. Nyron Johnson
5. Assistant Chief Tyrone Kilbourne
6. Deputy Chance Davis
7. Deputy Robert Sanders (Jackson Marshall Office)

**INTERROGATORY NO.3:**

Please identify whether you obtained a written or oral statement from any of the persons identified in your response to Interrogatory No. 2, and if so, identify the person whose statement you obtained, the person who took the statement and all persons who were present while the statement was being taken, and state whether the statement is written or otherwise recorded.

**ANSWER NO. 3.**

The only individual whom our office obtained a statement from was Braylin King. The statement was oral & unrecorded.

**INTERROGATORY NO. 4:**

Please identify every physician, psychologist, therapist, nurse, social worker, and/or other medical or health care professional or counselor who has treated or examined you since January 1, 2012, for any physical or mental condition, including but not limited to those with whom you have consulted in connection with your claims in the captioned lawsuit. For each such health care professional or counselor, please state the date on which you were consultation, treatment, or examination.

**ANSWER NO. 4**

Petitioner never was treated for any injuries sustained during his incident.

**INTERROGATORY NO. 5:**

With regard to each health care provider or counselor identified in response to Interrogatory No. 3 above, is plaintiff willing to provide defendant with a medical release/authorization? If so, please fill in the name of each health care provider or counselor identified on the enclosed release/authorization forms, sign the forms, and return them with the plaintiff's responses to these Interrogatories.

**ANSWER NO. 5**

Not applicable.

**INTERROGATORY NO. 6:**

If you claim that any injury referred to in your petition caused or contributed to the aggravation of a pre-existing physical, nervous or mental condition of plaintiff, please state the nature of the pre-exiting condition; the manner in which the condition originally arose or was caused; and the manner and extent to which the condition was aggravated by the incident referred to in the petition.

**ANSWER NO. 6**

Plaintiff does not have any pre-existing condition.

**INTERROGATORY NO. 7:**

Identify all documents and/or tangible things known by you to exist, and the location and custodian of each document, that tend to support or contradict all allegations made in Plaintiff's Complaint.

**ANSWER NO. 7**

1. Police report and Investigative file into the incident that has given rise to this litigation. Jackson police department and/or East Feliciana District Attorney is the custodian.
2. Indictment of Travis Depew- East Feliciana District Attorney.
3. Travis Depew Employment/Discipline Record- Jackson Police Department and Point Coupee Parish Sheriff Office, West Feliciana Parish Sheriff Office
4. Lawsuit-Harveston vs. Depew 3:21-vc-631 (Custodian) Middle District Clerk of Court.

**INTERROGATORY NO. 8:**

Please state whether you have ever been arrested for a criminal violation; if so, please state the charge, whether the charge was a misdemeanor or felony; the case number, style, and jurisdiction of any such criminal action against you; and the ultimate disposition of the case (i.e., conviction, charges dropped, pled nolo contendere, etc.)

**ANSWER NO. 8**

Petitioner has never been arrested or involved in any criminal violation.

**INTERROGATORY NO. 9:**

Identify each and every lawsuit or administrative proceeding, including but not limited to, EEOC charges, workers' compensation claims, and unemployment claims, in which you have been a party, including the caption of the lawsuit or administrative proceeding, the court or agency in which it was pending, the case or matter number, the general nature of the case or proceeding, and the outcome.

**ANSWER NO. 9**

Not applicable.

**INTERROGATORY NO. 10:**

Please state whether you have ever filed a lawsuit; if so, please state the case number, style, and jurisdiction of any such action and the ultimate disposition of the case.

**ANSWER NO. 10.**

Petitioner has never filed a lawsuit or been involved in any sort of legal proceeding.

**INTERROGATORY NO. 11:**

Please identify all persons whom Plaintiff has retained, consulted with, or man call as an expert witness at trial, including the person's area of expertise and the subject matter about which Plaintiff expects such persons to testify.

**ANSWER NO. 11**

None at the time of answering these Interrogatories Plaintiff will likely retain Scott Courvage as a use of force expert.

**INTERROGATORY NO. 12:**

Identify all persons, including any employers or insurers, from whom you have received any money, compensation or similar benefits for any injuries sustained as a result of the incidents described in the petition including, without litigation, accident, medical or disability insurance payments, and describe the amount and nature of such benefits.

**ANSWER NO. 12**

Petitioner has not received any compensation or monetary benefits resulting from the regarding incident.

**INTERROGATORY NO. 13:**

Please set forth each and every item of general and special damages you are claiming in this lawsuit and give an estimate of the amount of money you will claim at trial for each damage item.

**ANSWER NO. 13**

Compensatory Damages-$250,000 Special Damages- Plaintiff does not have an estimate for Special Damages @ this time.

**INTERROGATORY NO. 14:**

Identify all medical bills or expenses paid or incurred by you in connection with the subject of this lawsuit.

**ANSWER NO. 14**

Petitioner did not receive medical treatment for his injuries.

**INTERROGATORY NO. 15:**

Are you currently a Medicare beneficiary or have you applied for (or are you currently receiving) social security disability benefits? If so, what is the status of that application and/or please state the amount of the benefits you receive and the date you began receiving them.

**ANSWER NO. 15**

Petitioner is not a Medicare beneficiary and also does not receive any social security benefits.

**INTERROGATORY NO. 16:**

Please state whether you currently have or, at any time since January 2012, have had an account with Facebook, Myspace, Twitter, LinkedIn, Instagram, or any social networking site under your name or an alias, whether individually or jointly with another person, and with respect to each account, please provide (a) identification of the URL (e.g. the web address) of the social networking site; (b) the date of activation of your account; and (c) the date of deactivation, if the account has been deactivated.

**ANSWER NO. 16**

Facebook

█████████████

Instagram

██████████

**INTERROGATORY NO. 17:**

Please state whether you have, within the past five (5) years, maintained an email account, web blog, or similar internet account or location used for any purpose, including but not limited to communicating with others, and for each account, please provide (a) the email host name (e.g. Yahoo, Google); (b) the date of activation of the account; and (c) the date of deactivation, if the account has been deactivated. If you have used an email account belonging to a spouse or significant other, please provide the requested information for your spouse's or significant other's account.

**ANSWER NO. 17**

Petitioner's email address is ██████████

**INTERROGATORY NO. 18:**

Please describe with specificity what, if any, official policy promulgated by the Town of Jackson you believe resulted in the violation of your rights under the U.S. Constitution.

**ANSWER NO. 18**

The Town of Jackson participated in the violation of Petitioner's civil rights by way of racial discrimination based on superficial quality. Petitioner was also violated with cruel and unusual punishment promulgated by the Town of Jackson.

**INTERROGATORY NO. 19:**

Please describe with specificity what, if any, conduct by the Town of Jackson you contend resulted in your alleged damages.

**ANSWER NO. 19**

Petitioner was physically harmed by way of choking from the Town of Jackson's above captioned officer. Petitioner is now suffering from mental health disorders such as anxiety disorder and chronic neck, upper back, and shoulder pain.

## CERTIFICATE OF SERVICE

I do solemnly declare and affirm under the penalties of perjury that the foregoing Answers to Interrogatories are true and correct to the best of my knowledge, information, and belief.

*Braylin King*
_____
Braylin King

 

                                                  Respectfully Submitted,

                                                  /s/ Ronald S. Haley Jr.
                                                  Ronald S. Haley Jr.
                                                  Ashley Greenhouse
                                                  Haley and Associates Attorneys at Law
                                                  8211 Goodwood Blvd., Suite E
                                                  Baton Rouge, Louisiana 70806
                                                  Telephone: 225-239-4865
                                                  Fascimile: 225-663-8869
                                                  Email: rhaley@ronaldhaleylawfirm.com

# HIPAA AUTHORIZATION
# FOR USE AND DISCLOSURE OF INFORMATION
### (Including Psychotherapy Notes)

**To:** ⟋_____
          (Provider's Name)

       ⟋_____
          (Provider's Address)

**Name of Patient:**   Braylin King

**Social Security Number:**   659 10 ▮▮▮▮

**Date of Birth:**   ▮▮▮▮▮▮▮▮

I understand that the Provider named above will use or disclose the health information in the manner described below until this authorization expires. I understand that I will receive a copy of this signed authorization for my records. I also understand that any health information released pursuant to this authorization might be re-disclosed by the recipient, and that any re-disclosure may not be protected by law. I authorize the Provider to make the following disclosure of my protected health information, as follows:

1.     The purpose of the use or disclosure is for discovery purposes in the lawsuit *Bobby King, on behalf of his minor song, Braylin King v. Officer Travis Clay Depew, et al,* Docket No. 22-CV-00127, United States District Court, Middle District of Louisiana.

2.     The recipient of this information is Susan W. Furr and Michael B. Victorian, c/o Phelps Dunbar LLP, II City Plaza – Suite 1100, 400 Convention Street, Baton Rouge, Louisiana 70802, on behalf of the Town of Jackson, and the recipient is hereby authorized to disclose my records, either documentary, written or by sworn oral deposition testimony, to any of their authorized representatives in connection with their defense of the litigation referenced in paragraph 1 above, as well as to my attorney of record in the same matter.

3.     The information that will be used or disclosed are certified copies of the complete medical and medical billing record (includes information regarding insurance, demographics, referral documents and records from other facilities) including, but not limited to: itemized billing statements; radiology and other diagnostic imaging or films; radiology and other diagnostic reports; all inpatient, outpatient and clinic records; admittance sheets; examination notes; questionnaires; interview notes; histories; physician's notes and orders; nurses' notes; reports; test results both written and oral; charts; graphs; discharge summaries; operative reports; recommendations for treatment; correspondence to or from other parties; health insurance claim forms; payments; handwritten notes; electronic notes; and telephone messages of any kind or nature relating to my examination or treatment; and to obtain at their expense, photostatic copies of such records as they may desire. This authorization specifically provides my permission to release any such information to which doctor/patient privilege may be claimed, and it shall

extend to any services provided for treatment/evaluation of any psychiatric, psychological and/or other mental or emotional condition and/or any treatment/evaluation for alcohol and drug/substance abuse, and/or any HIV testing. The undersigned further authorizes the disclosure of "psychotherapy notes" as such term is defined by the Health Insurance Portability and Accountability Act, 45 CFR §164.501.

4. The undersigned individual is hereby notified and acknowledges that any health care provider or health plan disclosing the above-requested information may not condition treatment, payment, enrollment or eligibility for benefits on whether the individual signs this authorization.

5. A photocopy of this authorization shall be considered as effective and valid as the original, and this authorization will remain in effect until settlement or final disposition of the case referenced in paragraph 1 above.

6. I understand that I can revoke this authorization at any time by providing written notice either to Susan W. Furr and Michael B. Victorian, c/o Phelps Dunbar LLP, II City Plaza – Suite 1100, 400 Convention Street, Baton Rouge, Louisiana 70802 and/or to the provider listed above. If I revoke this authorization, my revocation will not apply to any disclosure of my protected health information that occurred before my revocation was received.

7. This authorization does not authorize oral communications by and between the Provider and the authorized recipient.

8. By my signature below, I acknowledge that I have kept a copy of this authorization.

Date: 1/6/2023         _Brcglin King_____
                         PATIENT

_____
**INDIVIDUAL Legally Authorized To Sign On Behalf Of Patient**

_____
**Relationship of Representative to Patient (If applicable)**

**YOU MAY REFUSE TO SIGN THIS AUTHORIZATION**

Social Security Administration  
**Consent for Release of Information**

Form Approved
OMB No. 0960-0566

### Instructions for Using this Form
Complete this form only if you want us to give information or records about you, a minor, or a legally incompetent adult, to an individual or group (for example, a doctor or an insurance company). If you are the natural or adoptive parent or legal guardian, acting on behalf of a minor child, you may complete this form to release only the minor's non-medical records. We may charge a fee for providing information unrelated to the administration of a program under the Social Security Act.

**NOTE:** Do not use this form to:

- Request the release of medical records on behalf of a minor child. Instead, visit your local Social Security office or call our toll-free number, 1-800-772-1213 (TTY-1-800-325-0778), or
- Request detailed information about your earnings or employment history. Instead, complete and mail form SSA-7050-F4. You can obtain form SSA-7050-F4 from your local Social Security office or online at www.ssa.gov/online/ssa-7050.pdf.

### How to Complete this Form
We will not honor this form unless all required fields are completed. An asterisk (*) indicates a required field. Also, we will not honor blanket requests for "any and all records" or the "entire file." You must specify the information you are requesting and you must sign and date this form. We may charge a fee to release information for non-program purposes.

- Fill in your name, date of birth, and social security number or the name, date of birth, and social security number of the person to whom the requested information pertains.
- Fill in the name and address of the person or organization where you want us to send the requested information.
- Specify the reason you want us to release the information.
- Check the box next to the type(s) of information you want us to release including the date ranges, where applicable.
- For non-medical information, you, the parent or the legal guardian acting on behalf of a minor child or legally incompetent adult, must sign and date this form and provide a daytime phone number.
- If you are not the individual to whom the requested information pertains, state your relationship to that person. We may require proof of relationship.

### PRIVACY ACT STATEMENT
Section 205(a) of the Social Security Act, as amended, authorizes us to collect the information requested on this form. We will use the information you provide to respond to your request for access to the records we maintain about you or to process your request to release your records to a third party. You do not have to provide the requested information. Your response is voluntary; however, we cannot honor your request to release information or records about you to another person or organization without your consent. We rarely use the information provided on this form for any purpose other than to respond to requests for SSA records information. However, the Privacy Act (5 U.S.C. § 552a(b)) permits us to disclose the information you provide on this form in accordance with approved routine uses, which include but are not limited to the following:

1. To enable an agency or third party to assist Social Security in establishing rights to Social Security benefits and or coverage;
2. To make determinations for eligibility in similar health and income maintenance programs at the Federal, State, and local level;
3. To comply with Federal laws requiring the disclosure of the information from our records; and,
4. To facilitate statistical research, audit, or investigative activities necessary to assure the integrity of SSA programs.

We may also use the information you provide when we match records by computer. Computer matching programs compare our records with those of other Federal, State, or local government agencies. We use information from these matching programs to establish or verify a person's eligibility for Federally-funded or administered benefit programs and for repayment of incorrect payments or overpayments under these programs. Additional information regarding this form, routine uses of information, and other Social Security programs is available on our Internet website, www.socialsecurity.gov, or at your local Social Security office.

### PAPERWORK REDUCTION ACT STATEMENT
This information collection meets the requirements of 44 U.S.C. § 3507, as amended by section 2 of the Paperwork Reduction Act of 1995. You do not need to answer these questions unless we display a valid Office of Management and Budget control number. We estimate that it will take about 3 minutes to read the instructions, gather the facts, and answer the questions. **SEND OR BRING THE COMPLETED FORM TO YOUR LOCAL SOCIAL SECURITY OFFICE.** You can find your local Social Security office through SSA's website at www.socialsecurity.gov. Offices are also listed under U.S. Government agencies in your telephone directory or you may call 1-800-772-1213 (TYY 1-800-325-0778). You may send comments on our time estimate above to: SSA, 6401 Security Blvd., Baltimore, MD 21235-6401. *Send **only** comments relating to our time estimate to this address, not the completed form.*

**Form SSA-3288** (11-2016) uf  
Destroy Prior Editions

Social Security Administration | Form Approved
**Consent for Release of Information** | OMB No. 0960-0566

You must complete all required fields. We will not honor your request unless all required fields are completed. (*Signifies a required field. **Please complete these fields in case we need to contact you about the consent form).
TO: Social Security Administration

| Braylin Rashon King | ▮▮▮▮▮ | GSP 6▮▮ |
|---|---|---|
| *My Full Name | *My Date of Birth (MM/DD/YYYY) | *My Social Security Number |

I authorize the Social Security Administration to release information or records about me to:

*NAME OF PERSON OR ORGANIZATION: Haley and Associates

*ADDRESS OF PERSON OR ORGANIZATION: 8211 Good Wood Br Site 70806 Baton Rouge LA

*I want this information released because: _____
We may charge a fee to release information for non-program purposes.

*Please release the following information selected from the list below:
Check at least one box. We will not disclose records unless you include date ranges where applicable.

1. ☑ Verification of Social Security Number
2. ☑ Current monthly Social Security benefit amount
3. ☑ Current monthly Supplemental Security Income payment amount
4. ☑ My benefit or payment amounts from date 5/1/19 to date 1/6/23
5. ☑ My Medicare entitlement from date 5/1/19 to date 1/06/23
6. ☑ Medical records from my claims folder(s) from date 5/1/19 to date 1/6/23
   If you want us to release a minor child's medical records, do not use this form. Instead, contact your local Social Security office.
7. ☑ Complete medical records from my claims folder(s)
8. ☑ Other record(s) from my file (We will not honor a request for "any and all records" or "the entire file." You must specify other records; e.g., consultative exams, award/denial notices, benefit applications, appeals, questionnaires, doctor reports, determinations.)

I am the individual, to whom the requested information or record applies, or the parent or legal guardian of a minor, or the legal guardian of a legally incompetent adult. I declare under penalty of perjury (28 CFR § 16.41(d)(2004) that I have examined all the information on this form and it is true and correct to the best of my knowledge. I understand that anyone who knowingly or willfully seeking or obtaining access to records about another person under false pretenses is punishable by a fine of up to $5,000. I also understand that I must pay all applicable fees for requesting information for a non-program-related purpose.

*Signature: Braylin King     *Date: 1/6/23
**Address: ▮▮▮▮▮     **Daytime Phone: ▮▮▮▮▮
Relationship (if not the subject of the record): _____     **Daytime Phone: _____

Witnesses must sign this form ONLY if the above signature is by mark (X). If signed by mark (X), two witnesses to the signing who know the signee must sign below and provide their full addresses. Please print the signee's name next to the mark (X) on the signature line above.

| 1. Signature of witness | 2. Signature of witness |
|---|---|
| Address(Number and street,City,State, and Zip Code) | Address(Number and street,City,State, and Zip Code) |

Form SSA-3288 (11-2016) uf

Form **SSA-7050-F4** (02-2021)
Discontinue Prior Editions
Social Security Administration

Page 1 of 4
OMB No. 0960-0525

# REQUEST FOR SOCIAL SECURITY EARNING INFORMATION

*Use This Form If You Need

1. **Certified/Non-Certified Detailed Earnings Information**
   Includes periods of employment or self-employment
   and the names and addresses of employers.

2. **Certified Yearly Totals of Earnings**
   Includes total earnings for each year but does not
   include the names and addresses of employers.

> **DO NOT USE THIS FORM TO REQUEST YEARLY EARNINGS TOTALS**
>
> Yearly earnings totals are free to the public if you do not require certification.
>
> To obtain FREE yearly totals of earnings, visit our website at www.ssa.gov/myaccount.

---

### Privacy Act Statement
### Collection and Use of Personal Information

Section 205 of the Social Security Act, as amended, allows us to collect this information. In addition, the Budget and Accounting Act of 1950 and Debt Collection Act of 1982 authorize us to collect credit card information, if you choose to pay for the earnings information you have requested with a credit card. Furnishing us this information is voluntary. However, failing to provide all or part of the information may prevent us from processing your request.

We will use the information to identify your records, process your request, and send the earnings information you request. We may also share the information for the following purposes, called routine uses:

1. To the Internal Revenue Service (IRS) for auditing SSA's compliance with the safeguard provisions of the Internal Revenue Code of 1986, as amended.

2. To contractors and other Federal agencies, as necessary, for the purpose of, assisting the Social Security Administration (SSA) in the efficient administration of its programs.

3. To banks enrolled in the Treasury credit card network to collect a payment or debt when the individual has given his/her credit card number for this purpose.

In addition, we may share this information in accordance with the Privacy Act and other Federal laws. For example, where authorized, we may use and disclose this information in computer matching programs, in which our records are compared with other records to establish or verify a person's eligibility for Federal benefit programs and for repayment of incorrect or delinquent debts under these programs.

A list of additional routine uses is available in our Privacy Act System of Records Notices (SORNs) 60-0059, entitled Earnings Recording and Self-Employment Income System, 60-0090, entitled Master Beneficiary Record, 60-0224, entitled SSA-Initiated Personal Earnings and Benefit Estimate Statement, and 60-0231, entitled Financial Transactions of SSA Accounting and Finance Offices. Additional information and a full listing of all our SORNs are available on our website at www.socialsecurity.gov/foia/bluebook.

**Paperwork Reduction Act Statement -** This information collection meets the requirements of 44 U.S.C. § 3507, as amended by section 2 of the Paperwork Reduction Act of 1995. You do not need to answer these questions unless we display a valid Office of Management and Budget control number. We estimate that it will take about 11 minutes to read the instructions, gather the facts, and answer the questions. ***Send only comments relating to our time estimate above to:*** SSA, 6401 Security Blvd, Baltimore, MD 21235-6401.

# REQUEST FOR SOCIAL SECURITY EARNING INFORMATION

1. Provide your name as it appears on your most recent Social Security card or the name of the individual whose earnings you are requesting.

   First Name: `Braylin`     Middle Initial:
   Last Name: `King`

   Social Security Number (SSN): `659` `16` `████`     One SSN per request

   Date of Birth: ████    Date of Death:

   Other Name(s) Used
   Maiden Name

2. What kind of earnings information do you need? (Choose **ONE** of the following types of earnings or SSA must return this request.)

   [x] **Itemized Statement of Earnings $92.00**        Year(s) Requested: `2012` to `2022`
   (Includes the names and addresses of employers)
   If you check this box, tell us why you need this     Year(s) Requested: ____ to ____
   information below.
   Litigation purposes
                                                        [x] Check this box if you want the earnings
                                                            information **CERTIFIED** for an additional
                                                            $30.00 fee.

   [ ] **Certified Yearly Totals of Earnings $30.00**   Year(s) Requested: ____ to ____
   (Does not include the names and addresses of
   employers) Yearly earnings totals are FREE to the public if you
   do not require certification. To obtain FREE yearly totals of   Year(s) Requested: ____ to ____
   earnings, visit our website at www.ssa.gov/myaccount.

3. If you would like this information **sent to someone else**, please fill in the information below.
   I authorize the Social Security Administration to release the earnings information to:

   | Name | Phelps Dunbar LLP | |
   |---|---|---|
   | Address | 400 Convention Street, Suite 1100 | State LA |
   | City | Baton Rouge | ZIP Code 70802 |

4. I am the individual to whom the record pertains (or a person authorized to sign on behalf of that individual). I declare under penalty of perjury that I have examined all the information on this form, and on any accompanying statements or forms, and it is true and correct to the best of my knowledge.

   **Signature AND Printed Name of Individual or Legal Guardian** | *SSA must receive this form within 120 days from the date signed*
   
   `Braylin King`    Date

   Relationship (if applicable, you must attach proof)    Daytime Phone: ████

   Address: ████    State `LA`
   City: ████    ZIP Code: ████

   Witnesses must sign this form ONLY if the above signature is by marked (X). If signed by mark (X), two witnesses to the signing who know the signee must sign below and provide their full addresses. Please print the signee's name next to the mark (X) on the signature line above.

   | 1. Signature of Witness | 2. Signature of Witness |
   |---|---|
   | Address *(Number and Street, City, State and ZIP Code)* | Address *(Number and Street, City, State and ZIP Code)* |
   | | |

Case 3:22-cv-00127-BAJ-SDJ    Document 22-4    03/14/23    Page 14 of 19

# REQUEST FOR SOCIAL SECURITY EARNING INFORMATION

### INFORMATION ABOUT YOUR REQUEST
You may use this form to request earnings information for one ONE Social Security Number (SSN)

### How do I get my earnings statement?

You must complete the attached form. Tell us the specific years of earnings you want, type of earnings record, and provide your mailing address. The itemized statement of earnings will be mailed to ONE address, therefore, if you want the statement sent to someone other than yourself, provide their address in section 3. Mail the completed form to SSA within 120 days of signature. If you sign with an "X", your mark must be witnessed by two impartial persons who must provide their name and address in the spaces provided. Select **ONE** type of earnings statement and include the appropriate fee.

**1. Certified/Non-Certified Itemized Statement of Earnings**
   This statement includes years of self-employment or employment and the names and addresses of employers.

**2. Certified Yearly Totals of Earnings**
   This statement includes the total earnings for each year requested but *does not* include the names and addresses of employers.

If you require one of each type of earnings statement, you must complete two separate forms. Mail each form to SSA with one form of payment attached to each request.

### How do I get someone else's earnings statement?

You may get someone else's earnings information if you meet one of the following criteria, attach the necessary documents to show your entitlement to the earnings information and include the appropriate fee.

**1. Someone Else's Earnings**
   The natural or adoptive parent or legal guardian of a minor child, or the legal guardian of a legally declared incompetent individual, may obtain earnings information if acting in the best interest of the minor child or incompetent individual. You must include proof of your relationship to the individual with your request. The proof may include a birth certificate, court order, adoption decree, or other legally binding document.

**2. A Deceased Person's Earnings**
   You can request earnings information from the record of a deceased person if you are:
   • The legal representative of the estate;
   • A survivor (that is, the spouse, parent, child, divorced spouse of divorced parent); or
   • An individual with a material interest (e.g., financial) who is an heir at law, next of kin, beneficiary under the will or donee of property of the decedent.

   You must include proof of death and proof of your relationship to the deceased with your request.

### Is There A Fee For Earnings Information?

Yes. We charge a $92.00 fee for providing information for purposes unrelated to the administration of our programs.

**1. Certified or Non-Certified Itemized Statement of Earnings**
   In most instances, individuals request Itemized Statements of Earnings for purposes unrelated to our programs such as a private pension plan or personal injury suit. Bulk submitters may email OCO.Pension.Fund@ssa.gov for an alternate method of obtaining itemized earnings information.

   We will **certify** the itemized earnings information for an additional $30.00 fee. Certification is usually not necessary unless you are specifically requested to obtain a certified earnings record.

   Sometimes, there is no charge for itemized earnings information. If you have reason to believe your earnings are not correct (for example, you have previously received earnings information from us and it does not agree with your records), we will supply you with more detail for the year(s) in question. Be sure to show the year(s) involved on the request form and explain why you need the information. If you do not tell us why you need the information, we will charge a fee.

**2. Certified Yearly Totals of Earnings**
   We charge $30.00 to certify yearly totals of earnings. However, if you do not want or need certification, you may obtain yearly totals *FREE* of charge at www.ssa.gov/myaccount. Certification is usually not necessary unless you are advised specifically to obtain a certified earnings record.

### Method of Payment
**This Fee Is Not Refundable. DO NOT SEND CASH.**

   You may pay by credit card, check or money order.
   • Credit Card Instructions
      Complete the credit card section on page 4 and return it with your request form.

   • Check or Money Order Instructions
      Enclose one check or money order per request form payable to the Social Security Administration and write the Social Security number in the memo.

### How long will it take SSA to process my request?

Please allow SSA 120 days to process this request. After 120 days, you may contact 1-800-772-1213 to leave an inquiry regarding your request.

Form **SSA-7050-F4** (02-2021)            Page 4 of 4

## REQUEST FOR SOCIAL SECURITY EARNING INFORMATION

- **Where do I send my complete request?**

| Mail the completed form, supporting documentation, and applicable fee to:<br>**Social Security Administration**<br>P.O. Box 33011<br>Baltimore, Maryland 21290-33011 | If using private contractor such as FedEx mail form, supporting documentation, and application fee to:<br>**Social Security Administration**<br>P.O. Box 33011<br>Baltimore, Maryland 21290-33011 |
|---|---|

- **How much do I have to pay for an Itemized Statement of Earnings?**

| **Non-Certified** Itemized Statement of Earnings | **Certified** Itemized Statement of Earnings |
|---|---|
| $92.00 | $122.00 |

- **How much do I have to pay for Certified Yearly Totals of Earnings?**

Certified yearly totals of earnings cost $30.00. You may obtain non-certified yearly totals <u>FREE</u> of charge at www.ssa.gov/myaccount. Certification is usually not necessary unless you are specifically asked to obtain a certified earnings record.

### YOU CAN MAKE YOUR PAYMENT BY CREDIT CARD

As a convenience, we offer you the option to make your payment by credit card. However, regular credit card rules will apply. You also pay by check or money order. Make check payable to Social Security Administration.

**CHECK ONE**
- [✓] Visa
- [ ] MasterCard
- [ ] American Express
- [ ] Discover

**Credit Card Holder's Name**
(Enter the name from the credit card)

First Name, Middle Initial, Last Name: *Braylin Rashon King*

**Credit Card Holder's Address**

Number & Street: [redacted]

City, State, & ZIP Code:

**Daytime Telephone Number**

Area Code: [redacted]

**Credit Card Number**: [redacted]

**Credit Card Expiration Date** (MM/YY): [redacted]

**Amount Charged**
See above to select the correct fee for your request.
Applicable fees are $30.00, $92.00, or $122.00.
SSA will return forms without the appropriate fee.

$ _____

**Credit Card Holder's Signature**: *Braylin King*

**Date**: 1/6/23

**DO NOT WRITE IN THIS SPACE**
**OFFICE USE ONLY**

Authorization

| Name | Date |
|---|---|

Remittance Control #

The Centers for Medicare & Medicaid Services (CMS) is the federal agency that oversees the Medicare program. Many Medicare beneficiaries have other insurance in addition to their Medicare benefits. Sometimes, Medicare is supposed to pay after the other insurance. However, if certain other insurance delays payment, Medicare may make a "conditional payment" so as not to inconvenience the beneficiary, and recover after the other insurance pays.

Section 111 of the Medicare, Medicaid and SCHIP Extension Act of 2007 (MMSEA), a new federal law that became effective January 1, 2009, requires that liability insurers (including self-insurers), no-fault insurers, and workers' compensation plans report specific information about Medicare beneficiaries who have other insurance coverage. This reporting is to assist CMS and other insurance plans to properly coordinate payment of benefits among plans so that your claims are paid promptly and correctly.

We are asking you to the answer the questions below so that we may comply with this law.

Please review this picture of the Medicare card to determine if you have, or have ever had, a similar Medicare card.



**Section I**

| Are you presently, or have you ever been, enrolled in Medicare Part A or Part B? | ☐ Yes | ☒ No |

*If yes, please complete the following. If no, proceed to Section II.*

**Full Name:** *(Please print the name exactly as it appears on your SSN or Medicare card if available.)*

**Medicare Claim Number:**

**Date of Birth (Mo/Day/Year)**

**Sex**  ☐ Female    ☐ Male

**Social Security Number:**
*(If Medicare Claim Number is Unavailable)*

**Section II**
I understand that the information requested is to assist the requesting insurance arrangement to accurately coordinate benefits with Medicare and to meet its mandatory reporting obligations under Medicare law.

_Braylin King_
**Claimant Name (Please Print)**         **Claim Number**

_____
**Name of Person Completing This Form If Claimant is Unable (Please Print)**

_Braylin King_
**Signature of Person Completing This Form**      **Date**

*If you have completed Sections I and II above, stop here. If you are refusing to provide the information requested in Sections I and II, proceed to Section III.*

**Section III**

_____          _____
**Claimant Name (Please Print)**                          **Claim Number**

For the reason(s) listed below, I have not provided the information requested. I understand that if I am a Medicare beneficiary and I do not provide the requested information, I may be violating obligations as a beneficiary to assist Medicare in coordinating benefits to pay my claims correctly and promptly.

**Reason(s) for Refusal to Provide Requested Information:**

⊄ _____

_____

_____

_____


*Braylin King*                                          1/6/23
**Signature of Person Completing This Form**          **Date**

## Consent to Release
## Liability Insurance (Including Self-Insurance), No-Fault Insurance, or Workers' Compensation

**Where to find Information on "Consent to Release" vs. "Proof of Representation"**

Please refer to the PowerPoint document on this website titled: "Rules and Model Language for 'Proof of Representation' vs. 'Consent to Release' for Medicare Secondary Payer Liability Insurance (Including Self-Insurance), No-Fault Insurance, or Workers' Compensation" for detailed information on

- **When to use a "consent to release" document vs. a "proof of representation" document,**
- Appropriate content for both documents,
- The need for appropriate documentation when there are two layers of representatives involved (examples: attorney 1 refers a case to attorney 2; the beneficiary's guardian hires an attorney to pursue a liability insurance claim) or when a beneficiary's representative signs a "consent to release" document on the beneficiary's behalf,
- What liability insurers (including self-insurers), no-fault insurers, and workers' compensation entities must have in order to obtain conditional payment information, and
- Use of agents by insurers' or workers' compensation.

**General**

A "consent to release" document is used by an individual or entity who does not represent the Medicare beneficiary but is requesting information regarding the beneficiary's conditional payment information. A "consent to release" does not authorize the individual or entity to act on behalf of the beneficiary or make decisions on behalf of the beneficiary.

**Model Language**

See attached. Use of the model language is not required, but any documentation submitted as a "Consent to Release" must include the information the model language requests.

**Where to Submit a " Consent to Release" document:**

**Liability Insurance, No-Fault Insurance, Workers' Compensation:**

**NGHP**
PO Box 138832
Oklahoma City, OK 73113
**Fax: (405) 869-3309**

MODEL LANGUAGE

## CONSENT TO RELEASE

The language below should be used when you, a Medicare beneficiary, want to authorize someone other than your attorney or other representative to receive information, including identifiable health information, from the Centers for Medicare & Medicaid Services (CMS) related to your liability insurance (including self-insurance), no-fault insurance or workers' compensation claim.

I, __Braylin King_____ (print your name exactly as shown on your Medicare card) hereby authorize the CMS, its agents and/or contractors to release, upon request, information related to my injury/illness and/or settlement for the specified date of injury/illness to the individual and/or entity listed below:

**CHECK ONLY ONE OF THE FOLLOWING TO INDICATE WHO MAY RECEIVE INFORMATION AND THEN PRINT THE REQUESTED INFORMATION:**

(If you intend to have your information released to more than one individual or entity, you must complete a separate release for each one.)

☐ Insurance Company     ☐ Workers' Compensation Carrier     ☑ Other __Defense Counsel in litigation__
(Explain)

Name of entity: __Phelps Dunbar LLP__

Contact for above entity: _____

Address: __400 Convention Street, Suite 1100__

Address Line 2: _____

City/State/ZIP: __Baton Rouge, LA 70802__

Telephone: __225-346-0285__

**CHECK ONE OF THE FOLLOWING TO INDICATE HOW LONG CMS MAY RELEASE YOUR INFORMATION**

(The period you check will run from when you sign and date below.):

☐ One Year     ☐ Two Years     ☑ Other __Upon dismissal of litigation__
(Provide a specific period of time)

I understand that I may revoke this "consent to release information" at any time, in writing.

**MEDICARE BENEFICIARY INFORMATION AND SIGNATURE:**

Beneficiary Signature: _____     Date signed: _____

Note: If the beneficiary is incapacitated, the submitter of this document will need to include documentation establishing the authority of the individual signing on the beneficiary's behalf. Please visit https://go.cms.gov/cobro for further instructions.

Medicare ID (The number on your Medicare card.): _____

Date of Injury/Illness: _____