UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **BOBBY KING ON BEHAL OF HIS MINOR SON BRAYLIN KING** | **CIVIL ACTION NO. 3:22-cv-00127-BAJ-SDJ** |
| **VERSUS** | **JUDGE BRIAN A. JACKSON** |
| **OFFICER TRAVIS CLAY DEPEW, FRED ALLEN, IN HIS CAPACITY AS CHIEF OF POLICE FOR THE JACKSON POLICE DEPARTMENT, JACKSON POLICE DEPARTMENT, AND THE TOWN OF JACKSON** | **MAGISTRATE JUDGE SCOTT JOHNSON** |

### TOWN OF JACKSON'S FIRST SET OF INTERROGATORIES

Pursuant to Rule 33 of the Federal Rules of Civil Procedure, defendant Town of Jackson requests plaintiff to answer separately, under oath within thirty (30) day after service hereof, the following interrogatories. These interrogatories shall be deemed continuing so as to require reasonable supplemental answers if additional information comes into the possession of plaintiff between the time his answers are served and the time of trial.

### DEFINITIONS AND INSTRUCTIONS

As used herein, certain terms shall have the definitions stated below. To the extent that terms used in these interrogatories are not defined herein, they shall have their ordinary and usual meaning.

1.  The term "you" and "your" means the plaintiff, Braylin King, and any attorneys, consultants, experts, investigators, agents, business associates, representatives, or other persons acting on his behalf.

2.  The term Town of Jackson means defendant Town of Jackson and its employees, representatives, and agents.

1

3. The word "document" is used in its broadest sense under the Federal Rules of Civil Procedure and means any kind of written, recorded or graphic matter, however produced or reproduced, INCLUDING ELECTRONICALLY STORED INFORMATION, of any kind or description, including, but not limited to, letters, reports, agreements, communications, correspondence, telegrams, memoranda, summaries or records of personal conversations, checkbook registers, tax returns, statements of account, bank statements, securities, stock certificates, bonds, financial statements, deeds, minutes or records of meetings, lists of persons attending meetings or conferences, reports and/or summaries of interviews, opinions or reports of consultants, appraisals, records, brochures, pamphlets, advertisements, circulars, press releases, contracts notes, date books, calendars, photographs, negatives, tape recordings, models, graphs, deeds, sounds or symbols, or combinations thereof.

4. The term "identify" or "identity" when used in reference to a document means to state the nature and form of such document (whether a letter, report, resume, application, etc.) and any identifying title or serial number, the date the document was prepared, the person who prepared the document, the person or persons to whom such document was circulated, distributed, or otherwise published, and the location or last known location of such document. In the event that a document was but is no longer within plaintiff's possession, custody, or control, identify the person or entity from whom such document can be obtained, the reason for the transfer of the custody, possession, or control to such person or entity, the date of such transfer, and the person or entity who authorized such transfer. In the event that a document which was once in existence and within plaintiff's possession, custody, or control, has been destroyed or otherwise disposed of, state the reason for the destruction or disposition of such document, the

date of such destruction or disposition, and the person or entity who authorized such destruction or disposition.

5. The term "identify" or "identity" when used herein in reference to a natural person means to state his or her full name, job title, present or last known address, and present or last known telephone number. If this information is unknown to you, state any other available means of contacting and identifying such person.

6. The term "identify" or "identity" when used herein in reference to any entity other than a natural person means to state the entity's legal or business name, its present or last known address, the telephone number for such address, and the identity of the person affiliated with such entity who will have knowledge of the facts stated in plaintiff's answers to these interrogatories.

## INTERROGATORIES

**INTERROGATORY NO. 1**

Please identify the person(s) answering these interrogatories and all persons assisting or providing information in preparing same.

**RESPONSE:**


**INTERROGATORY NO. 2:**

Please identify by name, address, and telephone number every person who may have knowledge of any facts or circumstances relating to any of the claims made by you in the captioned lawsuit and state what knowledge you believe each person may have.

**RESPONSE:**

**INTERROGATORY NO. 3:**

Please identify whether you obtained a written or oral statement from any of the persons identified in your response to Interrogatory No. 2, and if so, identify the person whose statement you obtained, the person who took the statement and all persons who were present while the statement was being taken, and state whether the statement is written or otherwise recorded.

**RESPONSE:**

**INTERROGATORY NO. 4:**

Please identify every physician, psychologist, therapist, nurse, social worker, and/or other medical or health care professional or counselor who has treated or examined you since January 1, 2012, for any physical or mental condition, including but not limited to those with whom you have consulted in connection with your claims in the captioned lawsuit. For each such health care professional or counselor, please state the date on which you were consulted with, treated, or examined, and the reason or reasons for the consultation, treatment, or examination.

**RESPONSE:**

**INTERROGATORY NO. 5:**

With regard to each health care provider or counselor identified in response to Interrogatory No. 3 above, is plaintiff willing to provide defendant with a medical release/authorization? If so, please fill in the name of each health care provider or counselor identified on the enclosed release/authorization forms, sign the forms, and return them with the plaintiff's responses to these Interrogatories.

**RESPONSE:**

**INTERROGATORY NO. 6:**

If you claim that any injury referred to in your petition caused or contributed to the aggravation of a pre-existing physical, nervous or mental condition of plaintiff, please state the nature of the pre-existing condition; the manner in which the condition originally arose or was caused; and the manner and extent to which the condition was aggravated by the incident referred to in the petition.

**RESPONSE:**


**INTERROGATORY NO. 7:**

Identify all documents and/or tangible things known by you to exist, and the location and custodian of each document, that tend to support or contradict the allegations made in Plaintiff's Complaint.

**RESPONSE:**


**INTERROGATORY NO. 8:**

Please state whether you have ever been arrested for a criminal violation; if so, please state the charge, whether the charge was a misdemeanor or felony; the case number, style, and jurisdiction of any such criminal action against you; and the ultimate disposition of the case (*i.e.*, conviction, charges dropped, pled *nolo contendere*, etc.).

**RESPONSE:**

**INTERROGATORY NO. 9:**

Identify each and every lawsuit or administrative proceeding, including but not limited to, EEOC charges, workers' compensation claims, and unemployment claims, in which you have been a party, including the caption of the lawsuit or administrative proceeding, the court or agency in which it was pending, the case or matter number, the general nature of the case or proceeding, and the outcome.

**RESPONSE:**

**INTERROGATORY NO. 10:**

Please state whether you have ever filed a lawsuit; if so, please state the case number, style, and jurisdiction of any such action and the ultimate disposition of the case.

**RESPONSE:**

**INTERROGATORY NO. 11:**

Please identify all persons whom Plaintiff has retained, consulted with, or may call as an expert witness at trial, including the person's area of expertise and the subject matter about which Plaintiff expects such persons to testify.

**RESPONSE:**

**INTERROGATORY NO. 12:**

Identify all persons, including any employers or insurers, from whom you have received any money, compensation or similar benefits for any injuries sustained as a result of the incidents

described in the petition including, without limitation, accident, medical or disability insurance payments, and describe the amount and nature of such benefits.

**RESPONSE:**

**INTERROGATORY NO. 13:**

Please set forth each and every item of general and special damages you are claiming in this lawsuit and give an estimate of the amount of money you will claim at trial for each damage item.

**RESPONSE:**

**INTERROGATORY NO. 14:**

Identify all medical bills or expenses paid or incurred by you in connection with the subject of this lawsuit.

**RESPONSE:**

**INTERROGATORY NO. 15:**

Are you currently a Medicare beneficiary or have you applied for (or are you currently receiving) social security disability benefits? If so, what is the status of that application and/or please state the amount of the benefits you receive and the date you began receiving them.

**RESPONSE:**

**INTERROGATORY NO. 16**:

Please state whether you currently have or, at any time since January 2012, have had an account with Facebook, Myspace, Twitter, LinkedIn, Instagram, or any other social networking site under your name or an alias, whether individually or jointly with another person, and with respect to each account, please provide (a) identification of the URL (e.g. the web address) of the social networking site; (b) the date of activation of your account; and (c) the date of deactivation, if the account has been deactivated.

**RESPONSE:**

**INTERROGATORY NO. 17:**

Please state whether you have, within the past five (5) years, maintained an email account, web blog, or similar internet account or location used for any purpose, including but not limited to communicating with others, and for each account, please provide (a) the email host name (e.g. Yahoo, Google); (b) the date of activation of the account; and (c) the date of deactivation, if the account has been deactivated. If you have used an email account belonging to a spouse or significant other, please provide the requested information for your spouse's or significant other's account.

**RESPONSE:**

**INTERROGATORY NO. 18**:

Please describe with specificity what, if any, official policy promulgated by the Town of Jackson you believe resulted in the violation of your rights under the U.S. Constitution

**RESONSE:**

**INTERROGATORY NO. 19**:

Please describe with specificity what, if any, conduct by the Town of Jackson you contend resulted in your alleged damages.

**RESPONSE**:

Respectfully submitted,

**PHELPS DUNBAR LLP**

BY:   */s/ Michael B. Victorian*
        Susan W. Furr, Bar Roll No. 19582
        Michael B. Victorian, Bar Roll No.: 36065
        II City Plaza | 400 Convention Street
        Suite 1100
        Baton Rouge, Louisiana 70802-5618
        Post Office Box 4412
        Baton Rouge, Louisiana 70821-4412
        Telephone: 225-346-0285
        Facsimile: 225-381-9197
        Email: susie.furr@phelps.com
                michael.victorian@phelps.com

ATTORNEYS FOR DEFENDANTS

**CERTIFICATE OF SERVICE**

I hereby certify that the Town of Jackson's First Set of Interrogatories have been forwarded to all counsel of record through electronic mail this 31st day of October, 2022.

        *Michael B. Victorian*
        Attorney for Defendants

9